IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

GERALD DENT, JR.,

    **Plaintiff,**

    v.                                                            CASE NO. 25-3094-JWL

JOHN DOE (1), et al.,

    **Defendants.**

## MEMORANDUM AND ORDER

Plaintiff and state prisoner Gerald Dent, Jr. filed this pro se civil action under 42 U.S.C. § 1983 claiming his constitutional rights were violated during a January 2025 arrest in Ottawa County, Kansas. (Doc. 4.) Because Plaintiff is a prisoner and proceeds in forma pauperis, the Court conducted the statutorily required screening of Plaintiff's complaint. *See* 28 U.S.C. § 1915A(a) and (b) and 28 U.S.C. § 1915(e)(2)(B). On July 7, 2025, the Court issued a memorandum and order (M&O) setting forth the screening standards and identifying deficiencies in the complaint that left this matter subject to dismissal. (Doc. 7.)

Specifically, the M&O explained that the complaint does not allege sufficient facts to state a plausible claim for relief against any named Defendant and that Plaintiff had not signed the complaint as required. *Id.* at 3-4. The Court granted Plaintiff to and including August 8, 2025 in which to file a complete and proper amended complaint on the required court-approved form that states a plausible claim for relief against a Defendant. *Id.* at 4-5. Plaintiff was expressly cautioned that if he "fails to do so, this action will be dismissed without prejudice for failure to state a claim upon which relief may be granted without further prior notice to Plaintiff." *Id.* at 5.

2

The deadline for Plaintiff to file his amended complaint has now passed and the Court has received nothing further from Plaintiff. Accordingly, this matter will be dismissed for failure to state a claim.

**IT IS THEREFORE ORDERED BY THE COURT** that this matter is dismissed without prejudice for failure to state a claim upon which relief can be granted.

**IT IS SO ORDERED**.

**Dated August 13, 2025, in Kansas City, Kansas.**

> **S/ John W. Lungstrum**
> **JOHN W. LUNGSTRUM**
> **UNITED STATES DISTRICT JUDGE**